

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00171-CV

Leticia **RODRIGUEZ**,
Appellant/Cross-Appellee

v.

Lydia **RODRIGUEZ** and Robert Pereida,
Appellees/Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the portion of the trial court's judgment that reduces Appellant Leticia Rodriguez's award "by improvements testified to by Defendants" is REVERSED and judgment is RENDERED that Leticia Rodriguez recover from Lydia Rodriguez and Robert Pereida, jointly and severally, damages in the amount of $35,400, representing the value for the use and occupation of the Property at $600.00 per month from November 1, 2015, through October 1, 2020. All other portions of the trial court's judgment are AFFIRMED. It is ORDERED that Appellant Leticia Rodriguez recover her costs of this appeal from Appellees Lydia Rodriguez and Robert Pereida.

SIGNED December 21, 2022.

_____
Liza A. Rodriguez, Justice